In the Matter of HARRY E. MORTON, an Incompetent Person. STATE BANK OF ALBANY, as Committee of HARRY E. MORTON, an Incompetent Person, Appellant; RACHEL ADELINE MORTON, Petitioner, Respondent; VETERANS' ADMINISTRATION, Respondent.— Appeal from an order of the Albany Special Term directing the committee of the incompetent husband of petitioner to pay her the sum of $1,500. Order unanimously affirmed, without costs, on the ground that since the court had jurisdiction over the property of the incompetent it possessed the power to provide

for the maintenance of incompetent's wife. Present — Hill, P. J., Crapser, Bliss and Foster, JJ.